TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00267-CR







Herman Ray Williams, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT OF BURNET COUNTY


NO. M8292, HONORABLE MARTIN McLEAN, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for selling alcohol to minor. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: August 23, 1995


Do Not Publish